| | | | |
|---|---|---|---|
| Com. v. Williams | 1960 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/26/2016 | CP–67–CR–0005490–2011 (York) |
| Woods v. Woods | 2098 MDA 2015 Vacated and Remanded | 07/26/2016 | 2011–FC–640–15 (York) |
| Com. v. Morales | 2099 MDA 2015 Affirmed | 07/26/2016 | CP–06–CR–0001538–1997 (Berks) |
| Com. v. Birchall | 2115 MDA 2015 Affirmed | 07/26/2016 | CP–36–CR–0000971–2012 (Lancaster) |
| Com. v. Machinshok | 2143 MDA 2015 Affirmed Application to Withdraw as Counsel Granted | 07/26/2016 | CP–40–CR–0000451–2014 CP–40–CR–0000459–2014 (Luzerne) |
| In the Interest of: H.L.C.-M. | 292 MDA 2016 Affirmed Application to Withdraw as Counsel Granted | 07/26/2016 | 84 AD 2015 (Dauphin) |
| Com. v. Marmeluc | 794 WDA 2015 Affirmed | 07/26/2016 | CP–05–SA–0000004–2015 (Bedford) |
| Com. v. Ainsworth | 824 WDA 2015 Affirmed | 07/26/2016 | CP–10–CR–0000474–2012 CP–10–CR–0001802–2011 (Butler) |
| Com. v. Adams | 1442 WDA 2015 Affirmed | 07/26/2016 | CP–07–CR–0000290–2015 CP–07–CR–0000315–2015 CP–07–CR–0000316–2015 (Blair) |
| Com. v. Mooney | 1814 WDA 2015 Affirmed | 07/26/2016 | CP–25–CR–0000880–2012 (Erie) |
| Matter of the Adoption of H.R.B.; Appeal of M.A.B. | 1834 WDA 2015 Affirmed | 07/26/2016 | No. 56 In Adoption 2014 (Erie) |
| Matter of the Adoption of D.R.B.; Appeal of M.A.B. | 1835 WDA 2015 Affirmed | 07/26/2016 | 56A In Adoption 2014 (Erie) |
| Matter of the Adoption of R.J.B; Appeal of M.A.B. | 1836 WDA 2015 Affirmed | 07/26/2016 | 56 B In Adoption 2014 (Erie) |